IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MONTEMUS JENKINS, II,

    Plaintiff,

v.                                    CASE NO. 1:10-cv-00124-MP -GRJ

MICHAEL J ASTRUE,

    Defendant.

_____/

## **REPORT AND RECOMMENDATION**

Pending before the Court is Defendant's Motion To Remand. (Doc. 12.) Defendant requests the Court to remand this case to the Commissioner for further proceedings. Pursuant to Local Rule 7.1(b), counsel for Defendant represents that he has conferred with counsel for Plaintiff and Plaintiff does not object to the relief requested.

Defendant requests the Court to remand this case to the Commissioner under sentence four of 42 U.S.C. § 405(g) which provides that:

> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

Upon request of agency counsel, the Appeals Council has reviewed the administrative decision and determined that remand is appropriate for a hearing and further development.

It is respectfully **RECOMMENDED** that Defendant's Motion To Remand (doc. 12) be **GRANTED**, and that this action be **REVERSED and REMANDED** pursuant to

sentence four of 42 U.S.C. § 405(g) to the Commissioner. On remand the administrative law judge should re-evaluate the Plaintiff's residual functional capacity and obtain vocational expert testimony to consider the effect of Plaintiff's nonexertional limitations on the unskilled occupational base. It is also **RECOMMENDED** that the Clerk be directed to enter final judgment accordingly, terminate any pending motions, and close the file.

At Gainesville, Florida, this 21st day of September, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**